CGFD92 (4/23/19)



ORDERED in the Southern District of Florida on February 6, 2024

**Laurel M Isicoff**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 24−10078−LMI**

**Chapter: 12**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Noelia Esther Valdes
aka Noelia Esther Mesa, aka Noelia E Valdes
11901 SW 45 St
Miami, FL 33175

SSN: xxx−xx−6388

## ORDER DISMISSING CASE FILED IN VIOLATION OF A PRIOR COURT ORDER AND DIRECTING CLERK OF COURT TO REFUSE FUTURE VOLUNTARY PETITIONS FILED UNDER CERTAIN CONDITIONS

This case was filed on 1/4/24. It appears from the record that this case has been filed in violation of a prior order of this court in case number 23−11241−CLC, prohibiting the debtor from filing bankruptcy for a period of time that has not yet expired. Accordingly, it is

**ORDERED** that:

*Page 1 of 2*

1. This case is dismissed with prejudice to the filing by the debtor of any bankruptcy case in any federal bankruptcy court in the United States of America by the above named debtor until after the expiration set in a previous order.

2. All pending motions are denied as moot.

3. (If applicable) Any funds remaining with the trustee shall be applied to the balance due for the filing fee in accordance with the Bankruptcy Code and Local Rules.

4. (If applicable) The debtor shall immediately pay to the Clerk, U.S. Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Room 150, Miami, FL 33128, **$0.00** for the balance of the filing fee as required by Local Rule 1017–2(E). Any funds remaining with the trustee shall be applied to this balance and the trustee must dispose of any funds in accordance with the Bankruptcy Code, Local Rules and court orders. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

5. In accordance with Local Rule 1002–1(B), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

# # #

The clerk shall serve a copy of this order on all parties of record.